In the Matter of the Grade Crossing of LEHIGH VALLEY RAILROAD over Rush-Henrietta County Highway in Monroe County.

LEHIGH VALLEY RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION et al., Respondents.

(Submitted November 18, 1936; decided December 4, 1936.)

*Herbert W. Smith* for appellant.

*Gay H. Brown* and *Sherman C. Ward* for Public Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS. CROUCH, LOUGHRAN and FINCH, JJ.